United States District Court
Northern District of New York

André Rene Levesque                                    2-5-2025
(Plaintiff)

(Vs)                                      Civil Action #
The People of The United                  8:25-cv-187 (ECC/MJK)
states of America and
Planet earth all
    8.1 Billion of Them (et al)

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
FEB 1 0 2025
AT ____ O'CLOCK
John M. Domurad, Clerk - Syracuse

Jury Trial Demand

1. The Defendants are making me go to
The Lewd New York court trying
to intimidate their victim (me),
After assulting me and stealing
$4,350 dollars in 47 Bank robberies while
threatening me into giving them advice
(literally) telling @ me to kill r eat children
to get a sence of justice.
Windmills, solar city, space-x (ect) (ect)
airport security touch screen innovations
(BNSF- we don't make the products you use
everyday - we make the products you use
everyday Better) well they keep threatening
me stalking me covering up Abductions
Assults + Attempted murder and sexual
accostation of unfathamable reality, causing
me and continuing to ceeuye me immence 2-5-2025
distress's + irreperable harms my pain + suffering
is enormous Relief saught
        9.3 trillion dollars
                literally Really

From: André Rene Levesque
35 A   Smithfield Blvd -149
Plattsburgh, N.Y. 12901

TO: The federal Court clerk
for The Northern District of New York

Please asign a new docket #
and send me The Paperwork for
Informa-Pauparus of a Poor Someone
to waive the filing Court fees

Thank you for your
valued community service

André Rene Levesque
André Rene Levesque

2-5-2025

André Rene Larcoque
35 A Smithfield Blud - 149
Plattsburgh, New York 12901

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK

FEB 10 2025

RECEIVED

United States District Court
Northern District of New York
Clerk of court
P.O. Box 7367    100 S. Clinton Street
Syracuse, New York 13261 - 7367

ALBANY NY  120
6 FEB 2025  PM 1  L